# EXHIBIT "B"

-----Original Message-----
From: McKeon, Shannon [mailto:SMcKeon@dykema.com]
Sent: Tuesday, June 10, 2014 2:53 PM
To: rsalter@saltermichaelson.com
Cc: Fingerhut, Eric; IPMail; Gretel Kelly (E-mail)
Subject: RE: CR7 Trademark
Importance: High

Dear Mr. Salter:

Further to my last, JBS Textile Group A/S ("JBS"), is willing to offer Mr. Renzi a monetary sum in exchange for an assignment of U.S. Registration No. 3637974 and Mr. Renzi's written assurances to cease all use of the mark. JBS has authorized a one-time offer of ▓▓▓▓ USD to Mr. Renzi, or a charitable donation in the amount of ▓▓▓▓ USD to Mr. Renzi's local sports club.

We are hopeful this matter can be amicably resolved in an efficient manner based on my client's willingness to pay a monetary sum for a registration to which it is entitled. In the event the settlement offer is not accepted, JBS will aggressively pursue the cancellation action.

Please review this matter and let us know if Mr. Renzi is willing to accept JBS' settlement offer.

We look forward to hearing from you.

Kind regards,

Shannon McKeon

Shannon M. McKeon
Attorney
SMcKeon@dykema.com
Admitted in Virginia only. Not admitted in D.C. Practicing under the supervision of D.C. Bar members.

1